IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| **DOROTHY BIRL-JOHNSON,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 2:14cv1059-MHT |
| | ) | (WO) |
| **REGIONS BANK d/b/a Regions** | ) | |
| **Mortgage,** | ) | |
| | ) | |
| Defendant. | ) | |

**OPINION**

Plaintiff filed this lawsuit against her former employer asserting claims of race and age discrimination and retaliation, whistleblower retaliation, breach of implied contract, and the tort of outrage.  This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that defendant's motion to dismiss plaintiff's case be granted in part and denied in part and that its motion for more definite statement be denied.  There are no objections to the recommendation.  After an

independent and de novo review of the record, the court concludes that the magistrate judge's recommendation should be adopted.

An appropriate judgment will be entered.

DONE, this the 11th day of September, 2015.

                                         /s/ Myron H. Thompson
                                    **UNITED STATES DISTRICT JUDGE**