IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| DOROTHY BIRL-JOHNSON, | ) | |
| | ) | |
|    Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
|    v. | ) | 2:14cv1059-MHT |
| | ) | (WO) |
| REGIONS BANK d/b/a Regions Mortgage, | ) | |
| | ) | |
|    Defendant. | ) | |

## JUDGMENT

In accordance with the memorandum opinion entered today, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) The United States Magistrate Judge's recommendation (doc. no. 25) is adopted.

(2) Defendant's motion to dismiss (doc. no. 11) is denied as to plaintiff's Title VII and § 1981 claims of race discrimination based on unlawful demotion; and as to her Title VII and § 1981 claims of retaliation in the form of unlawful demotion.

(3) Defendant's motion to dismiss (doc. no. 11) is granted as to plaintiff's Title VII and § 1981 claims of race discrimination in the form of constructive discharge and of retaliation in the form of constructive discharge, her age-discrimination claims, her state and federal whistleblower-retaliation claims, and her state claims of breach of implied contract and the tort of outrage; and these claims are dismissed.

(4) Defendant's motion for more definite statement (doc. no. 11) is denied.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is not dismissed and is referred back to the United States Magistrate Judge for further proceedings.

DONE, this the 11th day of September, 2015.

      /s/ Myron H. Thompson\_\_\_\_
    UNITED STATES DISTRICT JUDGE