IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
DOROTHY BIRL-JOHNSON,        )
                             )
     Plaintiff,              )
                             )      CIVIL ACTION NO.
     v.                      )       2:14cv1059-MHT
                             )           (WO)
REGIONS BANK d/b/a Regions   )
Mortgage,                    )
                             )
     Defendant.              )
```

## OPINION

Plaintiff filed this lawsuit against her former
employer asserting claims of race discrimination and
retaliation.  This lawsuit is now before the court on
the recommendation of the United States Magistrate
Judge that defendant's motion for summary judgment
should be granted, plaintiff's motion to supplement
should be denied, and defendant's motion to strike
should be granted.  Also before the court are
plaintiff's objections to the recommendation.  After an
independent and de novo review of the record, the court

concludes that plaintiff's objections should be overruled and the magistrate judge's recommendation adopted.

An appropriate judgment will be entered.

DONE, this the 8th day of December, 2016.

                    /s/ Myron H. Thompson
                    UNITED STATES DISTRICT JUDGE